JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW GOGGANS, | CASE NO. SACV13 243 JVS (JPRx) |
| Plaintiff, | The Hon. James V. Selna |
| vs. | **JUDGMENT** |
| CITY OF FULLERTON; OFFICER A. CICIARELLI #1068, individually and as a peace officer; OFFICER FRANK NGUYEN, individually and as a peace officer; MICHAEL SELLERS, Chief of Police; DOES 2-10, inclusive, | |
| Defendants. | |

On June 17, 2014, pursuant to this Court's Minute Order granting Defendants City of Fullerton, Officer A. Ciciarelli, Officer Frank Nguyen and Michael Sellers' ("Defendants") Rule 56 Motion, this Court granted judgment in favor of Defendants Officer A. Ciciarelli and Officer Frank Nguyen on plaintiff Matthew Goggans' claim of false arrest under the Fourth Amendment pursuant to 42 U.S.C. §1983. Plaintiff had previously dismissed any claim of excessive force as to Officer A. Ciciarelli and Officer Frank Nguyen;

/ / /

/ / /

On June 17, 2014, pursuant to this Court's Minute Order granting Defendants City of Fullerton, Officer A. Ciciarelli, Officer Frank Nguyen and Michael Sellers' ("Defendants") Rule 56 Motion, this Court granted judgment in favor of Defendants Officer A. Ciciarelli and Officer Frank Nguyen on plaintiff Matthew Goggans' claim of violation of the First Amendment pursuant to 42 U.S.C. §1983;

On June 17, 2014, pursuant to this Court's Minute Order granting Defendants City of Fullerton, Officer A. Ciciarelli, Officer Frank Nguyen and Michael Sellers' ("Defendants") Rule 56 Motion, this Court granted judgment in favor of Defendants Officer A. Ciciarelli and Officer Frank Nguyen on plaintiff Matthew Goggans' claim of violation of the Fourteenth Amendment pursuant to 42 U.S.C. §1983;

On June 17, 2014, pursuant to this Court's Minute Order granting Defendants City of Fullerton, Officer A. Ciciarelli, Officer Frank Nguyen and Michael Sellers Rule 56 Motion, this Court granted judgment in favor of Defendants City of Fullerton and Michael Sellers on plaintiff Matthew Goggans' claim under *Monell* pursuant to 42 U.S.C. §1983.

**PURSUANT TO THIS COURT'S MINUTE ORDER OF JUNE 17, 2014 FINDING IN FAVOR OF CITY OF FULLERTON, OFFICER A. CICIARELLI, OFFICER FRANK NGUYEN AND MICHAEL SELLERS,**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Officer A. Ciciarelli and Officer Frank Nguyen shall have judgment entered in their favor on plaintiff Matthew Goggans' claim of false arrest and excessive force pursuant to 42 U.S.C. §1983; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Officer A. Ciciarelli and Officer Frank Nguyen shall have judgment entered in their favor on plaintiff Matthew Goggans' claim of violation of the First Amendment pursuant to 42 U.S.C. §1983;

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants Officer A. Ciciarelli and Officer Frank Nguyen shall have judgment entered in their favor on plaintiff Matthew Goggans' claim of violation of the Fourteenth Amendment pursuant to 42 U.S.C. §1983;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants City of Fullerton and Michael Sellers shall have judgment entered in their favor on plaintiff Matthew Goggans' claim under *Monell* pursuant to 42 U.S.C. §1983; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff Matthew Goggans take nothing and Defendants City of Fullerton, Officer A. Ciciarelli, Officer Frank Nguyen and Michael Sellers shall recover costs of suit.

DATED: _July 17, 2014

_____
UNITED STATES DISTRICT COURT JUDGE